IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL HYMAN,

    Plaintiff,

v.                                                     No. CIV 23-0547 JB/JHR

NEW MEXICO STATE UNIVERSITY,
et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO VACATE INITIAL SCHEDULING ORDER

THIS MATTER having come before the Court on Defendants' Unopposed Motion to Vacate the Initial Scheduling Order ("Motion"), the Court having considered the Motion, and being otherwise fully advised, and all parties being in agreement, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED BY THE COURT that the *Initial Scheduling Order* issued on July 20, 2023, is hereby vacated pending the Court's ruling on Defendant's pending Motion to Dismiss. Should any claims remain, the Court may enter an Initial Scheduling Order and set a scheduling conference at that time.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

SUBMITTED

**SERPE | ANDREWS, PLLC**

_____
Cody R. Rogers
Hope Pendleton
2540 El Paseo Road, Suite D
Las Cruces, New Mexico 88001
Tel. (575) 288-1453
crogers@serpeandrews.com
hpendleton@serpeandrews.com
*Attorneys for Defendants*


APPROVED

**AGUIRRE, MORELLI, AND ASSOC.**

*Approved via e-mail on 8/25/23*
Grant C. Aguirre
616 E. Warner
Guthrie, OK 73044
(405) 414-7054
grant.aguirre@gmail.com
*Attorney for Plaintiff*

2